UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID HOLMES,
                              Plaintiff,

       vs                                         9:06-CV-919

HAUGEN and TRUE, Correctional Officers,
Eastern Correctional Facility,
                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

DAVID HOLMES
02-A-6067
Eastern Correctional Facility
P.O. Box 338
Napanoch, NY 12458

HON. ANDREW M. CUOMO                CHARLES J. QUACKENBUSH, ESQ.
Attorney General of the                     Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## O R D E R

       Plaintiff, David Holmes, brought this civil rights action pursuant to 42 U.S.C.

§ 1983.  In a Report Recommendation dated January 24, 2009, the Honorable Randolph F.

Treece, United States Magistrate Judge, recommended that plaintiff's motion for summary

judgment be denied, and that defendants' cross-motion for summary judgment be granted.

Objections to the Report Recommendation have been filed by the plaintiff.

Based upon a de novo review of the portions of the Report-Recommendation to which the plaintiff has objected, the Report-Recommendation is accepted and adopted. <u>See</u> 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Plaintiff's motion for summary judgment is DENIED;

2. Defendants' cross-motion for summary judgment is GRANTED;

3. The complaint is DISMISSED in all respects; and

4. The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  March 18, 2008
             Utica, New York.